UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-21160-CIV-MORENO

SCHECK INVESTMENTS, L.P., *et al.*,

    Plaintiffs,

vs.

KENSINGTON MANAGEMENT, INC., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING MOTIONS FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiffs' Motion for Summary Judgment Against Defendant Herman Jaehne **(D.E. No. 975)**, filed on **April 15, 2009**; Plaintiffs' Motion for Summary Judgment Against Defendant David Traina **(D.E. No. 978)**, filed on **April 15, 2009**; Plaintiffs' Motion for Summary Judgment Against Defendant Tom Trombino **(D.E. No. 980)**, filed on **April 15, 2009**; Plaintiffs' Motion for Summary Judgment Against Defendant Jack Russo **(D.E. No. 982)**, filed on **April 15, 2009**; and Plaintiffs' Motion for Summary Judgment Against Defendant Michael Trombino **(D.E. No. 984)**, filed on **April 15, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 1044)** on **June 12, 2009**. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Motions for Summary Judgment are **GRANTED**. Summary Judgment

on Count III of the Third Amended Complaint is entered in the amount of: (1) $1,112,213.08 against Defendant Herman Jaehne; (2) $1,636,545.27 against Defendant David Traina; (3) $11,931.57 against Defendant Tom Trombino; (4) $1,948,959.87 against Defendant Jack Russo; and (5) $16,313.61 against Defendant Michael Trombino.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of June, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record